# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ONE SOURCE RECYCLING SERVICES OF WI  § Case No. 12-83610
                                            §
                                            §
Debtor(s)                                   §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 24, 2012.  The undersigned trustee was appointed on November 14, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $     218,045.27

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 23,824.28 |
   | Bank service fees | 2,236.86 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 191,984.13 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/11/2013 and the deadline for filing governmental claims was 05/08/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,152.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,152.26, for a total compensation of $14,152.26.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/29/2014     By: /s/STEPHEN G. BALSLEY
                         Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83610  
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/24/12 (f)  
**§341(a) Meeting Date:** 10/29/12  

**Period Ending:** 07/29/14

**Claims Bar Date:** 02/11/13

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  State Bank of Davis Checking Account accounts, c | 5,694.34 | 144.58 | | 144.58 | FA |
| 2  Account Receivable - J&M Fibers | 36,677.66 | 37,900.69 | | 37,900.69 | FA |
| 3  Miscellaneous equipment (2 Balers, Sort & Convey See Order to Employ HYPERAMS, LLC as Liquidator entered September 9, 2013. | 35,000.00 | 150,000.00 | | 180,000.00 | FA |
| 3  Assets  Totals (Excluding unknown values) | **$77,372.00** | **$188,045.27** | | **$218,045.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  March 31, 2014  **Current Projected Date Of Final Report (TFR):**  June 30, 2014  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83610  
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI  
**Taxpayer ID #:** **-***6284  
**Period Ending:** 07/29/14

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-66 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 631.60 | | 631.60 |
| 11/08/12 | {1} | State Bank of Davis | Bank account proceeds | 1129-000 | 144.58 | | 776.18 |
| 11/15/12 | {2} | J&M Fibers, Inc. | Account Receivable Payment | 1129-000 | 36,677.66 | | 37,453.84 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.81 | 37,418.03 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 37,418.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,453.84 | 37,453.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 37,418.03 | |
| | | | **Subtotal** | | 37,453.84 | 35.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,453.84** | **$35.81** | |

{} Asset reference(s)

Printed: 07/29/2014 01:03 PM  V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-83610  
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI  

**Taxpayer ID #:** **-***6284  
**Period Ending:** 07/29/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 37,418.03 | | 37,418.03 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.09 | 37,367.94 |
| 01/30/13 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 591.43 | | 37,959.37 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.11 | 37,900.26 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.87 | 37,849.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.62 | 37,796.77 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.98 | 37,738.79 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.08 | 37,682.71 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-83610 | 2300-000 | | 52.82 | 37,629.89 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.53 | 37,579.36 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.45 | 37,519.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.96 | 37,465.95 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.09 | 37,413.86 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.20 | 37,354.66 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.14 | 37,304.52 |
| 12/16/13 | | HYPERAMS, LLC | Sale of Equipment | | 157,853.54 | | 195,158.06 |
| | {3} | | Auction Proceeds         180,000.00 | 1129-000 | | | 195,158.06 |
| | | | Auction Expenses         -13,146.46 | 3620-000 | | | 195,158.06 |
| | | | 5% Commission Fee        -9,000.00 | 3610-000 | | | 195,158.06 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.41 | 195,000.65 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.82 | 194,710.83 |
| 02/19/14 | 10102 | Karl K. Barnes & Assoc., P.C. | Accountant Fees pursuant to Order to Pay Accountant entered February 19, 2014 | 3310-000 | | 1,625.00 | 193,085.83 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.39 | 192,824.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.33 | 192,556.11 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 295.45 | 192,260.66 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 276.53 | 191,984.13 |
| | | | **ACCOUNT TOTALS** | | 195,863.00 | 3,878.87 | **$191,984.13** |
| | | | Less: Bank Transfers | | 37,418.03 | 0.00 | |
| | | | **Subtotal** | | 158,444.97 | 3,878.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$158,444.97** | **$3,878.87** | |

{} Asset reference(s)

Printed: 07/29/2014 01:03 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-83610
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account

**Taxpayer ID #:** **-***6284
**Period Ending:** 07/29/14

**Blanket Bond:** $598,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******47-66** | 37,453.84 | 35.81 | 0.00 |
| **Checking # ******4166** | 158,444.97 | 3,878.87 | 191,984.13 |
| | $195,898.81 | $3,914.68 | $191,984.13 |

{} Asset reference(s)                                                                                                     Printed: 07/29/2014 01:03 PM    V.13.15

# Claims Register

**Case: 12-83610   ONE SOURCE RECYCLING SERVICES OF WI**

Claims Bar Date: 02/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>09/24/12 |  | $14,152.26<br>$14,152.26 | $0.00 | $14,152.26 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>09/24/12 |  | $9,451.00<br>$9,451.00 | $0.00 | $9,451.00 |
| 1 | Halron Lubricants, Inc.<br>Attn. Brad Johnson<br>P.O. Box 2188<br>Green Bay, WI 54306-2188<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/19/12 | Attn. Brad Johnson<br>P.O. Box 2188<br>Green Bay, WI 543062188<br>-----* * * | $2,735.73<br>$2,735.73 | $0.00 | $2,735.73 |
| 2 | Konop Beverages<br>1725 Industrial Drive<br>Green Bay, WI 54302<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/29/12 | 1725 Industrial Drive<br>Green Bay, WI 54302<br>-----* * * | $118.10<br>$118.10 | $0.00 | $118.10 |
| 3P | Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>12/14/12 | P.O. Box 978<br>Winona, MN 55987<br>-----* * *<br>See Order on Objection to Claim No. 3 entered February 19, 2014. | $2,159.41 *<br>$0.00 | $0.00 | $0.00 |
| 3U | Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/14/12 | P.O. Box 978<br>Winona, MN 55987<br>-----* * *<br>See Order on Objection to Claim No. 3 entered February 19, 2014. | $6,279.15 *<br>$3,010.61 | $0.00 | $3,010.61 |

(*) Denotes objection to Amount Filed

# Claims Register

**Case: 12-83610   ONE SOURCE RECYCLING SERVICES OF WI**

Claims Bar Date: 02/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Performance Staffing, Inc. d/b/a Personnel Connection 101 N. Webster Street Green Bay, WI 54301 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/17/12 | d/b/a Personnel Connection 101 N. Webster Street Green Bay, WI 54301 ----------------------------------------------------------------------------------* * * | $42,993.95 $42,993.95 | $0.00 | $42,993.95 |
| 5 | Wil-Kil Pest Control 1828 E. Wisconsin Ave. Appleton, WI 54911 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/17/12 | 1828 E. Wisconsin Ave. Appleton, WI 54911 ----------------------------------------------------------------------------------* * * | $125.00 $125.00 | $0.00 | $125.00 |
| 6 | Frontier Servico FS. Attn Roger Fuller POB 54 Antigo, WI 54409 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/17/12 | Attn Roger Fuller POB 54 Antigo, WI 54409 ----------------------------------------------------------------------------------* * * | $3,003.67 $3,003.67 | $0.00 | $3,003.67 |
| 7 | Veolia ES Waste Services 5509 Fuller Street Schofield, WI 54476 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 12/26/12 | 5509 Fuller Street Schofield, WI 54476 ----------------------------------------------------------------------------------* * * | $39,009.88 $39,009.88 | $0.00 | $39,009.88 |
| 8P | Fastenal Company P.O. Box 978 Winona, MN 55987 <5800-00 Claims of Governmental Units>, 570 | Priority 01/14/13 | P.O. Box 978 Winona, MN 55987 ----------------------------------------------------------------------------------* * * See Order on Objection to Claim No. 8 entered February 19, 2014. | $667.79 * $0.00 | $0.00 | $0.00 |
| 8U | Fastenal Company P.O. Box 978 Winona, MN 55987 | Unsecured 01/14/13 | P.O. Box 978 Winona, MN 55987 ----------------------------------------------------------------------------------* * * See Order on Objection to Claim No. 8 entered February 19, 2014. | $3,685.80 * $0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Claims Register

**Case: 12-83610 ONE SOURCE RECYCLING SERVICES OF WI**

Claims Bar Date: 02/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 9 | Wisconsin Public Service C Orp. P.O. Box 19001 Green Bay, WI 54307-9001 | Unsecured 01/14/13 | P.O. Box 19001 Green Bay, WI 543079001 ----------------------------------------------------------------------------\* \* \* | $5,098.37 $5,098.37 | $0.00 | $5,098.37 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 10 | Veolia ES Waste Services P.O. Box 5096 DePere, WI 54115 | Unsecured 01/24/13 | P.O. Box 5096 DePere, WI 54115 ----------------------------------------------------------------------------\* \* \* See Order of Objection to Claim No. 10 entered February 19, 2014. See Claim No. 10-2 filed March 17, 2014. | $882.83 \* $0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 10 -2 | Veolia ES Waste Services P.O. Box 5096 DePere, WI 54115 | Unsecured 01/24/13 | P.O. Box 5096 DePere, WI 54115 ----------------------------------------------------------------------------\* \* \* Claim No. 10-2 filed March 17, 2014 replaces Claim No. 10-1 filed January 24, 2013. See Order Allowing Late Claims entered May 5, 2014. See Order of Objection to Claim No. 10 entered February 19, 2014. | $882.83 $882.83 | $0.00 | $882.83 |
| | <7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 11 | Veolia ES Waste Services Advanced Disposal P.O. Box 5096 DePere, WI 54115 | Unsecured 01/24/13 | P.O. Box 5096 DePere, WI 54115 ----------------------------------------------------------------------------\* \* \* See Order of Objection to Claim No. 11 entered February 19, 2014. See Claim No. 11-2 filed March 17, 2014. | $49,043.70 \* $0.00 | $0.00 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 11 -2 | Veolia ES Waste Services P.O. Box 5096 DePere, WI 54115 | Unsecured 01/24/13 | P.O. Box 5096 DePere, WI 54115 ----------------------------------------------------------------------------\* \* \* Claim No. 11-2 filed March 17, 2014 replaces Claim No. 11-1 filed January 24, 2013. | $39,726.80 $39,726.80 | $0.00 | $39,726.80 |

(\*) Denotes objection to Amount Filed

# Claims Register

## Case: 12-83610 ONE SOURCE RECYCLING SERVICES OF WI

Claims Bar Date: 02/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | See Order Allowing Late Claims entered May 5, 2014. See Order of Objection to Claim No. 11 entered February 19, 2014. | | | |
| | <7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 12 | City of Shawano, Wisconsin City of Shawano Clerk-Treasurer 127 S. Sawyer Street Shawano, WI 54166 | Unsecured 02/05/13 | Timothy J. Schmid, City Attorney 208 West Green Bay Street Shawano, WI 54166 ---* * * | $12,939.30 $12,939.30 | $0.00 | $12,939.30 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 13 | Advanced Disposal Services Solid Waste Midwest LLC 8538 N. IL Route 251 Davis Junction, IL 61020 | Unsecured 02/08/13 | 8538 N. IL Route 251 Davis Junction, IL 61020 ---* * * See Order on Objection to Claim No. 13 entered February 19, 2014. See Order Vacating Order on Objection to Claim No. 13 entered April 9, 2014. | $14,179.60 $14,179.60 | $0.00 | $14,179.60 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 14 | State of Wisconsin-Dept. of Natural Resources P. O. Box 7857 Madison, WI 53707-7857 | Unsecured 05/07/13 | P. O. Box 7857 Madison, WI 537077857 ---* * * | $16,250.00 $16,250.00 | $0.00 | $16,250.00 |
| | <7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 15 | Veolia ES Waste Services P.O. Box 5096 DePere, WI 54115 | Unsecured 03/12/14 | P.O. Box 5096 DePere, WI 54115 ---* * * | $9,317.00 $9,317.00 | $0.00 | $9,317.00 |
| | <7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 16 | Door County Waste and Recycling 1509 Division Road Sturgeon Bay, WI 54235 | Unsecured 03/21/14 | 1509 Division Road Sturgeon Bay, WI 54235 ---* * * | $11,064.20 $11,064.20 | $0.00 | $11,064.20 |
| | <7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |

# Claims Register

**Case: 12-83610    ONE SOURCE RECYCLING SERVICES OF WI**

Claims Bar Date: 02/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | Conger Toyota Lift<br>POB 13507<br><br>Green Bay, WI 54303-3507<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>03/21/14 | POB 13507<br>Green Bay, WI 543033507<br>-----------------------------------------------------------------------------* * * | $1,253.82<br>$1,253.82 | $0.00 | $1,253.82 |
| 18 | Astro Hydraulics, Inc.<br>1130 Ashwaubenon Street<br><br>Green Bay, WI 54304<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>03/24/14 | 1130 Ashwaubenon Street<br>Green Bay, WI 54304<br>-----------------------------------------------------------------------------* * * | $236.31<br>$236.31 | $0.00 | $236.31 |
| 19 | Frontier Servico FS.<br>Attn Roger Fuller<br>POB 54<br>Antigo, WI 54409<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>03/24/14 | Attn Roger Fuller<br>POB 54<br>Antigo, WI 54409<br>-----------------------------------------------------------------------------* * * | $3,002.67<br>$3,002.67 | $0.00 | $3,002.67 |
| 20 | MGD Industrial<br>3765 Creamery Road Bldg. 96 #7<br><br>DePere, WI 54115<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>03/24/14 | 3765 Creamery Road Bldg. 96 #7<br>DePere, WI 54115<br>-----------------------------------------------------------------------------* * * | $1,619.02<br>$1,619.02 | $0.00 | $1,619.02 |
| 21 | Going Garbage<br>P.O. Box 468<br><br>Sister Bay, WI 54234<br><br><7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>03/26/14 | P.O. Box 468<br>Sister Bay, WI 54234<br>-----------------------------------------------------------------------------* * * | $6,886.70<br>$6,886.70 | $0.00 | $6,886.70 |
| 22 | George P. Hampilos<br>(ADMINISTRATIVE)<br>Hampilos & Langley, Ltd.<br>308 West State Street #210<br>Rockford, IL 61101 | Admin Ch. 7<br>03/28/14 | Hampilos & Langley, Ltd.<br>308 West State Street #210<br>Rockford, IL 61101<br>-----------------------------------------------------------------------------* * *<br>See Withdrawal of Claim entered July 10, 2014. | $2,659.00 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Claims Register

### Case: 12-83610   ONE SOURCE RECYCLING SERVICES OF WI

Claims Bar Date:  02/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <3701-00   Attorney for Debtor Fees>,  200 | | | | | |
| 23 | Strategic Materials Inc. 16365 Park Ten Place #200  Houston, TX 77084 | Unsecured 03/28/14 | 16365 Park Ten Place #200 Houston, TX 77084 | $17,654.10 $17,654.10 | $0.00 | $17,654.10 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 24 | Weimer Bearing & Transmission, Inc. W134 N5368 Campbell Drive  Menomonee Falls, WI 53051 | Unsecured 04/14/14 | W134 N5368 Campbell Drive Menomonee Falls, WI 53051 | $3,074.05 $3,074.05 | $0.00 | $3,074.05 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 25 | Central Rubber Company 844 E. Jackson  Belvidere, IL 61008 | Unsecured 04/17/14 | 844 E. Jackson Belvidere, IL 61008 | $5,220.00 $5,220.00 | $0.00 | $5,220.00 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 26 | Pomp's Services Inc 5973 County Rd S  Sobieksi, WI 54171 | Unsecured 07/18/14 | 5973 County Rd S Sobieksi, WI 54171 | $958.56 $958.56 | $0.00 | $958.56 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$263,963.53** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-83610
Case Name: ONE SOURCE RECYCLING SERVICES OF WI
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 191,984.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 191,984.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 14,152.26 | 0.00 | 14,152.26 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 9,451.00 | 0.00 | 9,451.00 |
| Other Fees: George P. Hampilos (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 23,603.26
Remaining balance: $ 168,380.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 168,380.87

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P | Fastenal Company | 0.00 | 0.00 | 0.00 |
| 8P | Fastenal Company | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 168,380.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,214.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Halron Lubricants, Inc. | 2,735.73 | 0.00 | 2,735.73 |
| 2 | Konop Beverages | 118.10 | 0.00 | 118.10 |
| 3U | Fastenal Company | 3,010.61 | 0.00 | 3,010.61 |
| 4 | Performance Staffing, Inc. | 42,993.95 | 0.00 | 42,993.95 |
| 5 | Wil-Kil Pest Control | 125.00 | 0.00 | 125.00 |
| 6 | Frontier Servico FS. | 3,003.67 | 0.00 | 3,003.67 |
| 7 | Veolia ES Waste Services | 39,009.88 | 0.00 | 39,009.88 |
| 8U | Fastenal Company | 0.00 | 0.00 | 0.00 |
| 9 | Wisconsin Public Service C Orp. | 5,098.37 | 0.00 | 5,098.37 |
| 10 | Veolia ES Waste Services | 0.00 | 0.00 | 0.00 |
| 11 | Veolia ES Waste Services | 0.00 | 0.00 | 0.00 |
| 12 | City of Shawano, Wisconsin | 12,939.30 | 0.00 | 12,939.30 |
| 13 | Advanced Disposal Services Solid Waste Midwest LLC | 14,179.60 | 0.00 | 14,179.60 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  | Total to be paid for timely general unsecured claims: | $ | 123,214.21 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 45,166.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 117,146.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 38.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10 -2 | Veolia ES Waste Services | 882.83 | 0.00 | 340.38 |
| 11 -2 | Veolia ES Waste Services | 39,726.80 | 0.00 | 15,317.00 |
| 14 | State of Wisconsin-Dept. of Natural Resources | 16,250.00 | 0.00 | 6,265.32 |
| 15 | Veolia ES Waste Services | 9,317.00 | 0.00 | 3,592.25 |
| 16 | Door County Waste and Recycling | 11,064.20 | 0.00 | 4,265.90 |
| 17 | Conger Toyota Lift | 1,253.82 | 0.00 | 483.42 |
| 18 | Astro Hydraulics, Inc. | 236.31 | 0.00 | 91.11 |
| 19 | Frontier Servico FS. | 3,002.67 | 0.00 | 1,157.70 |
| 20 | MGD Industrial | 1,619.02 | 0.00 | 624.23 |
| 21 | Going Garbage | 6,886.70 | 0.00 | 2,655.23 |
| 23 | Strategic Materials Inc. | 17,654.10 | 0.00 | 6,806.69 |
| 24 | Weimer Bearing & Transmission, Inc. | 3,074.05 | 0.00 | 1,185.23 |
| 25 | Central Rubber Company | 5,220.00 | 0.00 | 2,012.62 |
| 26 | Pomp's Services Inc | 958.56 | 0.00 | 369.58 |

|  | Total to be paid for tardy general unsecured claims: | $ | 45,166.66 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**　　　0.00
Remaining balance: $　　　0.00

**UST Form 101-7-TFR (05/1/2011)**