# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ONE SOURCE RECYCLING SERVICES OF WI § Case No. 12-83610
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/25/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /   By:   /s/ STEPHEN G. BALSLEY
   Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ONE SOURCE RECYCLING SERVICES OF WI § Case No. 12-83610
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $  218,045.27 |
| *and approved disbursements of* | $  26,061.14 |
| *leaving a balance on hand of* [1] | $  191,984.13 |
| **Balance on hand:** | $  191,984.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  191,984.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 14,152.26 | 0.00 | 14,152.26 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 9,451.00 | 0.00 | 9,451.00 |
| Other Fees: George P. Hampilos (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $  23,603.26
Remaining balance:  $  168,380.87

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 168,380.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Fastenal Company | 0.00 | 0.00 | 0.00 |
| 8P | Fastenal Company | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 168,380.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,214.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Halron Lubricants, Inc. | 2,735.73 | 0.00 | 2,735.73 |
| 2 | Konop Beverages | 118.10 | 0.00 | 118.10 |
| 3U | Fastenal Company | 3,010.61 | 0.00 | 3,010.61 |
| 4 | Performance Staffing, Inc. | 42,993.95 | 0.00 | 42,993.95 |
| 5 | Wil-Kil Pest Control | 125.00 | 0.00 | 125.00 |
| 6 | Frontier Servico FS. | 3,003.67 | 0.00 | 3,003.67 |
| 7 | Veolia ES Waste Services | 39,009.88 | 0.00 | 39,009.88 |
| 8U | Fastenal Company | 0.00 | 0.00 | 0.00 |
| 9 | Wisconsin Public Service C Orp. | 5,098.37 | 0.00 | 5,098.37 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Veolia ES Waste Services | 0.00 | 0.00 | 0.00 |
| 11 | Veolia ES Waste Services | 0.00 | 0.00 | 0.00 |
| 12 | City of Shawano, Wisconsin | 12,939.30 | 0.00 | 12,939.30 |
| 13 | Advanced Disposal Services Solid Waste Midwest LLC | 14,179.60 | 0.00 | 14,179.60 |

        Total to be paid for timely general unsecured claims:    $    123,214.21
        Remaining balance:    $    45,166.66

    Tardily filed claims of general (unsecured) creditors totaling $ 117,146.06 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 38.6 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10 -2 | Veolia ES Waste Services | 882.83 | 0.00 | 340.38 |
| 11 -2 | Veolia ES Waste Services | 39,726.80 | 0.00 | 15,317.00 |
| 14 | State of Wisconsin-Dept. of Natural Resources | 16,250.00 | 0.00 | 6,265.32 |
| 15 | Veolia ES Waste Services | 9,317.00 | 0.00 | 3,592.25 |
| 16 | Door County Waste and Recycling | 11,064.20 | 0.00 | 4,265.90 |
| 17 | Conger Toyota Lift | 1,253.82 | 0.00 | 483.42 |
| 18 | Astro Hydraulics, Inc. | 236.31 | 0.00 | 91.11 |
| 19 | Frontier Servico FS. | 3,002.67 | 0.00 | 1,157.70 |
| 20 | MGD Industrial | 1,619.02 | 0.00 | 624.23 |
| 21 | Going Garbage | 6,886.70 | 0.00 | 2,655.23 |
| 23 | Strategic Materials Inc. | 17,654.10 | 0.00 | 6,806.69 |
| 24 | Weimer Bearing & Transmission, Inc. | 3,074.05 | 0.00 | 1,185.23 |
| 25 | Central Rubber Company | 5,220.00 | 0.00 | 2,012.62 |
| 26 | Pomp's Services Inc | 958.56 | 0.00 | 369.58 |

        Total to be paid for tardy general unsecured claims:    $    45,166.66
        Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**        0.00
Remaining balance:        $        0.00


Prepared By:  /s/STEPHEN G. BALSLEY
                        Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                   Case No. 12-83610-TML
One Source Recycling Services of WI, LLC                                 Chapter 7
       Debtor              CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon                 Page 1 of 2                  Date Rcvd: Jul 31, 2014
                              Form ID: pdf006              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2014.
db             +One Source Recycling Services of WI, LLC,    2131 Harlem Road,    Loves Park, IL 61111-2751
19547922       +Accent Wire Produce,    10131 FM2920,    Tomball, TX 77375-8918
20020583       +Advanced Disposal Services Solid Waste Midwest LLC,    8538 N. IL Route 251,
                 Davis Junction, IL 61020-9706
19547923       +Astro Hydraulics, Inc.,    1130 Ashwaubenon Street,    Green Bay, WI 54304-5657
19547924       +Central Rubber Company,    P.O. Box 95449,    Chicago, IL 60694-5449
21814031       +Central Rubber Company,    844 E. Jackson,    Belvidere, IL 61008-2332
20003636       +City of shawano, Wisconsin,    Timothy J. Schmid, City Attorney,    208 West Green Bay Street,
                 Shawano, WI 54166-2334
19547925       +Conger Industries Inc.,    P.O. Box 13507,    Green Bay, WI 54307-3507
21689225       +Conger Toyota Lift,    POB 13507,    Green Bay, WI 54307-3507
19547926       +Contract Transport Services,    P.O. Box 8235,    Green Bay, WI 54308-8235
19547927       +Door County Waste And Recycling 1,    1509 Division Road,    Sturgeon Bay, WI 54235-1610
19547928       +Express Disposal,    N14985 Tieman Ave.,    Thorp, WI 54771-7306
20452060        F. Mark Bromley, AAG,    Wisconsin Department of Justice,    Post Office Box 7857,
                 Madison, WI 53707-7857
19820031       +Frontier Servico FS.,    Attn Roger Fuller,    POB 54,    Antigo, WI 54409-0054
19547961       +G&E Seven, LLC,    17120 Laube Road,    Davis, IL 61019-9606
21723871       +George P. Hampilos,    Hampilos & Langley, Ltd.,    308 West State Street #210,
                 Rockford, IL 61101-1140
19547930       +Going Garbage,    P.O. Box 468,    Sister Bay, WI 54234-0468
19547931        Grainger Parts,    Dept. 877124255,    Palatine, IL 60038-0001
19547932        Halron Lubricants, Inc.,    Attn. Brad Johnson,    P.O. Box 2188,    Green Bay, WI 54306-2188
19475988       +Hampilos & Langley Ltd,    308 West State St Suite 210,    Rockford, IL 61101-1140
19547933       +House Of Trucks,    7910 Joliet Road,    Willowbrook, IL 60527-5644
19547934     ++++INDUSTRIAL RECYCLERS,    1040 INDIANHEAD DR,    MOSINEE WI 54455-7314
               (address filed with court: Industrial Recyclers,      40 Indianhead Drive,    Mosinee, WI 54455)
19547935       +IPS Balers,    P.O. Box 370,    Baxley, GA 31515-0370
19547936       +Jorgensen Conveyors, Inc.,    Binn 277,    Milwaukee, WI 53288-0001
19547937       +Konop Beverages,    1725 Industrial Drive,    Green Bay, WI 54302-2105
19547938       +Lovegreen,    2280 Sibley Court,    Eagan, MN 55122-1998
19547939       +MGD Industrial,    3765 Creamery Road Bldg. 96 #7,    DePere, WI 54115-8390
19547940       +Modern Disposal,    P.O. Box 513,    Sparta, WI 54656-0513
19819888       +Performance Staffing, Inc.,    d/b/a Personnel Connection,    101 N. Webster Street,
                 Green Bay, WI 54301-4830
19547941       +Personnel Connection,    Attn: Finance,    2605 S. Oneida Street,    Green Bay, WI 54304-5331
22176973       +Pomp's Services Inc,    5973 County Rd S,    Sobieksi, WI 54171-9714
19547942       +Servco FS Cooperative 200,    P.O. Box 54,    Antigo, WI 54409-0054
19547943       +Shawano Recycling,    2905 E. Richmond Street,    Shawano, WI 54166-3803
19547944       +Southside Tire,    N2453 Hwy 45 S.,    Antigo, WI 54409-9093
20450292        State of Wisconsin-Dept. of Natural Resources,    P. O. Box 7857,    Madison, WI 53707-7857
19547945       +Strategic Materials Inc.,    16365 Park Ten Place #200,    Houston, TX 77084-5062
19547947       +Town Of Morrison 2,    7637 River Road,    Greenleaf, WI 54126-9432
19547948       +Van's Fire & Safety Inc.,    787 Potts Ave.,    Green Bay, WI 54304-4563
19547949        Veolia - Marshfield,    501 Hum,    Marshfield, WI 54449
19547950       +Veolia - Wisconsin Rapids,    2510 Engel Road,    Wisconsin Rapids, WI 54495-8108
19475989       +Veolia ES Solid Waste Midwest LLC,    P.O. Box 185,    Minocqua, WI 54548-0185
19475990       +Veolia ES Waste Services,    P.O. Box 5096,    DePere, WI 54115-5096
19475991       +Veolia ES Waste Services,    5509 Fuller Street,    Schofield, WI 54476-3106
19547951       +Veolia Environmental Services,    P.O. Box 6484,    Carol Stream, IL 60197-6484
19547955       +Waste Management - Crystal Falls, MI,    Attn: Deborah Wagnitz,    1861 E. Allouez,
                 Green Bay, WI 54311-6235
19547956       +Waste Management - Houghton,    Attn: Deborah Wagnitz,    1861 E. Allouez,
                 Green Bay, WI 54311-6235
19547957       +Waste Management - Monominee,    Attn: Deborah Wagnitz,    1861 E. Allouez,
                 Green Bay, WI 54311-6235
21795601       +Weimer Bearing & Transmission, Inc.,    W134 N5368 Campbell Drive,
                 Menomonee Falls, WI 53051-7022
19547958       +Weimer Bearing & Transmission, Inc.,    P.O. Box 667,    Menomonee Falls, WI 53052-0667
19820001       +Wil-Kil Pest Control,    1828 E. Wisconsin Ave.,    Appleton, WI 54911-4039
19547959       +Will-Kill Pest Control,    P.O. Box 600730,    Jacksonville, FL 32260-0730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19547929       +E-mail/Text: legal@fastenal.com Aug 01 2014 01:26:21     Fastenal Company,    P.O. Box 978,
                 Winona, MN 55987-0978
20450242       +E-mail/Text: gurholtks@doj.state.wi.us Aug 01 2014 01:26:52
                 State of Wisconsin-Dept. of Natural Resources,    c/o F. Mark Bromley,    P. O. Box 7857,
                 Madison, WI 53707-7857
19547946       +E-mail/Text: bankruptcynotices@tdstelecom.com Aug 01 2014 01:25:30      TDS Metrocom,
                 P.O. Box 94510,    Palatine, IL 60094-4510
19547960        E-mail/Text: DLStange@wisconsinpublicservice.com Aug 01 2014 01:25:34
                 Wisconsin Public Service C Orp.,    P.O. Box 19001,    Green Bay, WI 54307-9001
                                                                                              TOTAL: 4
```

```
District/off: 0752-3          User: ldixon                Page 2 of 2                   Date Rcvd: Jul 31, 2014
                              Form ID: pdf006             Total Noticed: 55


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19475987*     +One Source Recycling Services Of WI LLC,    2131 Harlem Road,    Loves Park, IL 61111-2751
19547952*     +Veolia ES Solid Waste Midwest LLC,    P.O. Box 185,    Minocqua, WI 54548-0185
19547953*     +Veolia ES Waste Services,    P.O. Box 5096,    DePere, WI 54115-5096
19547954*     +Veolia ES Waste Services,    5509 Fuller Street,    Schofield, WI 54476-3106
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2014 at the address(es) listed below:
          Donald P Shriver    on behalf of Creditor   Advanced Disposal Services Solid Waste Midwest, LLC
           dpshriver@sotlaw.net
          F Mark  Bromley    on behalf of Interested Party   State of Wisconsin-Department of Natural
           Resources bromleyfm@doj.state.wi.us,  gurholtks@doj.state.wi.us
          George P Hampilos    on behalf of Debtor   One Source Recycling Services of WI, LLC
           georgehamp@aol.com,  kris@hampilos-langley.com
          Jamie S. Cassel    on behalf of Creditor   JPMorgan Chase jsc@renozahm.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Accountant Karl  Barns sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
                                                                                             TOTAL: 8
```