**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: ONE SOURCE RECYCLING SERVICES OF WI    § Case No. 12-83610
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $168,380.87    Claims Discharged
                                                Without Payment: $129,973.36

Total Expenses of Administration: $49,664.40

---

   3) Total gross receipts of $ 218,045.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $218,045.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 52,323.40 | 49,664.40 | 49,664.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,827.20 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 207,630.25 | 297,241.14 | 240,360.27 | 168,380.87 |
| **TOTAL DISBURSEMENTS** | $207,630.25 | $352,391.74 | $290,024.67 | $218,045.27 |

4) This case was originally filed under Chapter 7 on September 24, 2012. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2014          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| State Bank of Davis Checking Account accounts, c | 1129-000 | 144.58 |
| Account Receivable - J&M Fibers | 1129-000 | 37,900.69 |
| Miscellaneous equipment (2 Balers, Sort & Convey | 1129-000 | 180,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$218,045.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 14,152.26 | 14,152.26 | 14,152.26 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 9,451.00 | 9,451.00 | 9,451.00 |
| George P. Hampilos (ADMINISTRATIVE) | 3701-000 | N/A | 2,659.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 35.81 | 35.81 | 35.81 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.09 | 50.09 | 50.09 |
| Rabobank, N.A. | 2600-000 | N/A | | 59.11 | 59.11 | 59.11 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.87 | 50.87 | 50.87 |
| Rabobank, N.A. | 2600-000 | N/A | | 52.62 | 52.62 | 52.62 |
| Rabobank, N.A. | 2600-000 | N/A | | 57.98 | 57.98 | 57.98 |
| Rabobank, N.A. | 2600-000 | N/A | | 56.08 | 56.08 | 56.08 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 52.82 | 52.82 | 52.82 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.53 | 50.53 | 50.53 |
| Rabobank, N.A. | 2600-000 | N/A | | 59.45 | 59.45 | 59.45 |
| Rabobank, N.A. | 2600-000 | N/A | | 53.96 | 53.96 | 53.96 |
| Rabobank, N.A. | 2600-000 | N/A | | 52.09 | 52.09 | 52.09 |
| Rabobank, N.A. | 2600-000 | N/A | | 59.20 | 59.20 | 59.20 |
| Rabobank, N.A. | 2600-000 | N/A | | 50.14 | 50.14 | 50.14 |
| Rabobank, N.A. | 2600-000 | N/A | | 157.41 | 157.41 | 157.41 |
| Rabobank, N.A. | 2600-000 | N/A | | 289.82 | 289.82 | 289.82 |
| Karl K. Barnes & Assoc., P.C. | 3310-000 | N/A | | 1,625.00 | 1,625.00 | 1,625.00 |
| HYPERAMS, LLC | 3620-000 | N/A | | 13,146.46 | 13,146.46 | 13,146.46 |
| HYPERAMS, LLC | 3610-000 | N/A | | 9,000.00 | 9,000.00 | 9,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 261.39 | 261.39 | 261.39 |
| Rabobank, N.A. | 2600-000 | N/A | | 268.33 | 268.33 | 268.33 |
| Rabobank, N.A. | 2600-000 | N/A | | 295.45 | 295.45 | 295.45 |
| Rabobank, N.A. | 2600-000 | N/A | | 276.53 | 276.53 | 276.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | **$52,323.40** | **$49,664.40** | **$49,664.40** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Fastenal Company | 5800-000 | N/A | 2,159.41 | 0.00 | 0.00 |
| 8P | Fastenal Company | 5800-000 | N/A | 667.79 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,827.20 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Halron Lubricants, Inc. | 7100-000 | 2,587.28 | 2,735.73 | 2,735.73 | 2,735.73 |
| 2 | Konop Beverages | 7100-000 | 155.25 | 118.10 | 118.10 | 118.10 |
| 3U | Fastenal Company | 7100-000 | N/A | 6,279.15 | 3,010.61 | 3,010.61 |
| 4 | Performance Staffing, Inc. | 7100-000 | 27,719.40 | 42,993.95 | 42,993.95 | 42,993.95 |
| 5 | Wil-Kil Pest Control | 7100-000 | 125.00 | 125.00 | 125.00 | 125.00 |
| 6 | Frontier Servico FS. | 7100-000 | 2,584.48 | 3,003.67 | 3,003.67 | 3,003.67 |
| 7 | Veolia ES Waste Services | 7100-000 | 17,135.00 | 39,009.88 | 39,009.88 | 39,009.88 |
| 8U | Fastenal Company | 7100-000 | 2,788.71 | 3,685.80 | 0.00 | 0.00 |
| 9 | Wisconsin Public Service Corp. | 7100-000 | 3,679.27 | 5,098.37 | 5,098.37 | 5,098.37 |
| 10 | Veolia ES Waste Services | 7100-000 | N/A | 882.83 | 0.00 | 0.00 |
| 10 -2 | Veolia ES Waste Services | 7200-000 | 12,829.00 | 882.83 | 882.83 | 340.38 |
| 11 | Veolia ES Waste Services | 7100-000 | N/A | 49,043.70 | 0.00 | 0.00 |
| 11 -2 | Veolia ES Waste Services | 7200-000 | 31,505.00 | 39,726.80 | 39,726.80 | 15,317.00 |
| 12 | City of Shawano, Wisconsin | 7100-000 | 7,295.80 | 12,939.30 | 12,939.30 | 12,939.30 |
| 13 | Advanced Disposal Services Solid Waste Midwest LLC | 7100-000 | 11,317.91 | 14,179.60 | 14,179.60 | 14,179.60 |
| 14 | State of Wisconsin-Dept. of Justice | 7200-000 | N/A | 16,250.00 | 16,250.00 | 6,265.32 |
| 15 | Veolia ES Waste Services | 7200-000 | N/A | 9,317.00 | 9,317.00 | 3,592.25 |
| 16 | Door County Waste and Recycling | 7200-000 | 6,533.30 | 11,064.20 | 11,064.20 | 4,265.90 |
| 17 | Conger Toyota Lift | 7200-000 | 595.95 | 1,253.82 | 1,253.82 | 483.42 |
| 18 | Astro Hydraulics, Inc. | 7200-000 | 236.31 | 236.31 | 236.31 | 91.11 |
| 19 | Frontier Servico FS. | 7200-000 | N/A | 3,002.67 | 3,002.67 | 1,157.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | MGD Industrial | 7200-000 | 1,619.02 | 1,619.02 | 1,619.02 | 624.23 |
| 21 | Going Garbage | 7200-000 | 3,792.35 | 6,886.70 | 6,886.70 | 2,655.23 |
| 23 | Strategic Materials Inc. | 7200-000 | 9,467.13 | 17,654.10 | 17,654.10 | 6,806.69 |
| 24 | Weimer Bearing & Transmission, Inc. | 7200-000 | 4,770.13 | 3,074.05 | 3,074.05 | 1,185.23 |
| 25 | Central Rubber Company | 7200-000 | 2,900.00 | 5,220.00 | 5,220.00 | 2,012.62 |
| 26 | Pomp's Services Inc | 7200-000 | N/A | 958.56 | 958.56 | 369.58 |
| NOTFILED | Southside Tire | 7100-000 | 820.01 | N/A | N/A | 0.00 |
| NOTFILED | House Of Trucks | 7100-000 | 16,126.00 | N/A | N/A | 0.00 |
| NOTFILED | Town Of Morrison 2 | 7100-000 | 489.65 | N/A | N/A | 0.00 |
| NOTFILED | TDS Metrocom | 7100-000 | 228.20 | N/A | N/A | 0.00 |
| NOTFILED | Grainger Parts | 7100-000 | 417.10 | N/A | N/A | 0.00 |
| NOTFILED | Lovegreen | 7100-000 | 863.00 | N/A | N/A | 0.00 |
| NOTFILED | Modern Disposal | 7100-000 | 0.09 | N/A | N/A | 0.00 |
| NOTFILED | Accent Wire Produce | 7100-000 | 13,674.47 | N/A | N/A | 0.00 |
| NOTFILED | Contract Transport Services | 7100-000 | 2,243.76 | N/A | N/A | 0.00 |
| NOTFILED | Van's Fire & Safety Inc. | 7100-000 | 366.31 | N/A | N/A | 0.00 |
| NOTFILED | IPS Balers | 7100-000 | 213.30 | N/A | N/A | 0.00 |
| NOTFILED | Express Disposal | 7100-000 | 1,023.90 | N/A | N/A | 0.00 |
| NOTFILED | Jorgensen Conveyors, Inc. | 7100-000 | 403.21 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management - Crystal Falls, MI | 7100-000 | 1,154.15 | N/A | N/A | 0.00 |
| NOTFILED | Veolia - Marshfield | 7100-000 | 4,564.10 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management - Houghton | 7100-000 | 7,963.38 | N/A | N/A | 0.00 |
| NOTFILED | Industrial Recyclers | 7100-000 | 4,232.94 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management - Monominee | 7100-000 | 2,724.69 | N/A | N/A | 0.00 |
| NOTFILED | Veolia - Wisconsin Rapids | 7100-000 | 485.70 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$207,630.25** | **$297,241.14** | **$240,360.27** | **$168,380.87** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83610  
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/24/12 (f)  
**§341(a) Meeting Date:** 10/29/12  

**Period Ending:** 11/07/14  
**Claims Bar Date:** 02/11/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | State Bank of Davis Checking Account accounts, c | 5,694.34 | 144.58 | | 144.58 | FA |
| 2 | Account Receivable - J&M Fibers | 36,677.66 | 37,900.69 | | 37,900.69 | FA |
| 3 | Miscellaneous equipment (2 Balers, Sort & Convey See Order to Employ HYPERAMS, LLC as Liquidator entered September 9, 2013. | 35,000.00 | 150,000.00 | | 180,000.00 | FA |
| 3 | **Assets    Totals** (Excluding unknown values) | **$77,372.00** | **$188,045.27** | | **$218,045.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2014    **Current Projected Date Of Final Report (TFR):**    June 30, 2014   (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-83610  
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-66 - Checking Account  

**Taxpayer ID #:** **-***6284  
**Period Ending:** 11/07/14  

**Blanket Bond:** $598,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 631.60 | | 631.60 |
| 11/08/12 | {1} | State Bank of Davis | Bank account proceeds | 1129-000 | 144.58 | | 776.18 |
| 11/15/12 | {2} | J&M Fibers, Inc. | Account Receivable Payment | 1129-000 | 36,677.66 | | 37,453.84 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.81 | 37,418.03 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 37,418.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,453.84 | 37,453.84 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 37,418.03 | |
| | | | **Subtotal** | | 37,453.84 | 35.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,453.84** | **$35.81** | |

{} Asset reference(s)

Printed: 11/07/2014 03:39 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-83610  
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI  

**Taxpayer ID #:** **-***6284  
**Period Ending:** 11/07/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 37,418.03 | | 37,418.03 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.09 | 37,367.94 |
| 01/30/13 | {2} | Alter Metal Recycling | Account Receivable Payment | 1129-000 | 591.43 | | 37,959.37 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.11 | 37,900.26 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.87 | 37,849.39 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.62 | 37,796.77 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.98 | 37,738.79 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.08 | 37,682.71 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-83610 | 2300-000 | | 52.82 | 37,629.89 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.53 | 37,579.36 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.45 | 37,519.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.96 | 37,465.95 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.09 | 37,413.86 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.20 | 37,354.66 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.14 | 37,304.52 |
| 12/16/13 | | HYPERAMS, LLC | Sale of Equipment | | 157,853.54 | | 195,158.06 |
| | {3} | | Auction Proceeds          180,000.00 | 1129-000 | | | 195,158.06 |
| | | | Auction Expenses          -13,146.46 | 3620-000 | | | 195,158.06 |
| | | | 5% Commission Fee         -9,000.00 | 3610-000 | | | 195,158.06 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.41 | 195,000.65 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.82 | 194,710.83 |
| 02/19/14 | 10102 | Karl K. Barnes & Assoc., P.C. | Accountant Fees pursuant to Order to Pay Accountant entered February 19, 2014 | 3310-000 | | 1,625.00 | 193,085.83 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.39 | 192,824.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.33 | 192,556.11 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 295.45 | 192,260.66 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 276.53 | 191,984.13 |
| 08/25/14 | 10103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $9,451.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 9,451.00 | 182,533.13 |
| 08/25/14 | 10104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $14,152.26, Trustee Compensation;  Reference: | 2100-000 | | 14,152.26 | 168,380.87 |
| 08/25/14 | 10105 | Halron Lubricants, Inc. | Dividend paid 100.00% on $2,735.73; Claim# 1; Filed: $2,735.73; Reference: | 7100-000 | | 2,735.73 | 165,645.14 |
| 08/25/14 | 10106 | Konop Beverages | Dividend paid 100.00% on $118.10; Claim# 2; | 7100-000 | | 118.10 | 165,527.04 |

Subtotals :    $195,863.00    $30,335.96

{} Asset reference(s)

Printed: 11/07/2014 03:39 PM    V.13.15

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-83610  
**Case Name:** ONE SOURCE RECYCLING SERVICES OF WI  

**Taxpayer ID #:** **-***6284  
**Period Ending:** 11/07/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $118.10; Reference: | | | | |
| 08/25/14 | 10107 | Fastenal Company | Dividend paid 100.00% on $3,010.61; Claim# 3U; Filed: $6,279.15; Reference: | 7100-000 | | 3,010.61 | 162,516.43 |
| 08/25/14 | 10108 | Performance Staffing, Inc. | Dividend paid 100.00% on $42,993.95; Claim# 4; Filed: $42,993.95; Reference: | 7100-000 | | 42,993.95 | 119,522.48 |
| 08/25/14 | 10109 | Wil-Kil Pest Control | Dividend paid 100.00% on $125.00; Claim# 5; Filed: $125.00; Reference: | 7100-000 | | 125.00 | 119,397.48 |
| 08/25/14 | 10110 | Frontier Servico FS. | Dividend paid 100.00% on $3,003.67; Claim# 6; Filed: $3,003.67; Reference: | 7100-000 | | 3,003.67 | 116,393.81 |
| 08/25/14 | 10111 | Veolia ES Waste Services | Dividend paid 100.00% on $39,009.88; Claim# 7; Filed: $39,009.88; Reference: | 7100-000 | | 39,009.88 | 77,383.93 |
| 08/25/14 | 10112 | Wisconsin Public Service C Orp. | Dividend paid 100.00% on $5,098.37; Claim# 9; Filed: $5,098.37; Reference: | 7100-000 | | 5,098.37 | 72,285.56 |
| 08/25/14 | 10113 | City of Shawano, Wisconsin | Dividend paid 100.00% on $12,939.30; Claim# 12; Filed: $12,939.30; Reference: | 7100-000 | | 12,939.30 | 59,346.26 |
| 08/25/14 | 10114 | Advanced Disposal Services Solid Waste Midwest LLC | Dividend paid 100.00% on $14,179.60; Claim# 13; Filed: $14,179.60; Reference: | 7100-000 | | 14,179.60 | 45,166.66 |
| 08/25/14 | 10115 | Veolia ES Waste Services | Dividend paid 38.55% on $882.83; Claim# 10-2; Filed: $882.83; Reference: | 7200-000 | | 340.38 | 44,826.28 |
| 08/25/14 | 10116 | Veolia ES Waste Services | Dividend paid 38.55% on $39,726.80; Claim# 11 -2; Filed: $39,726.80; Reference: | 7200-000 | | 15,317.00 | 29,509.28 |
| 08/25/14 | 10117 | State of Wisconsin-Dept. of Justice | Dividend paid 38.55% on $16,250.00; Claim# 14; Filed: $16,250.00; Reference: | 7200-000 | | 6,265.32 | 23,243.96 |
| 08/25/14 | 10118 | Veolia ES Waste Services | Dividend paid 38.55% on $9,317.00; Claim# 15; Filed: $9,317.00; Reference: | 7200-000 | | 3,592.25 | 19,651.71 |
| 08/25/14 | 10119 | Door County Waste and Recycling | Dividend paid 38.55% on $11,064.20; Claim# 16; Filed: $11,064.20; Reference: | 7200-000 | | 4,265.90 | 15,385.81 |
| 08/25/14 | 10120 | Conger Toyota Lift | Dividend paid 38.55% on $1,253.82; Claim# 17; Filed: $1,253.82; Reference: | 7200-000 | | 483.42 | 14,902.39 |
| 08/25/14 | 10121 | Astro Hydraulics, Inc. | Dividend paid 38.55% on $236.31; Claim# 18; Filed: $236.31; Reference: | 7200-000 | | 91.11 | 14,811.28 |
| 08/25/14 | 10122 | Frontier Servico FS. | Dividend paid 38.55% on $3,002.67; Claim# 19; Filed: $3,002.67; Reference: | 7200-000 | | 1,157.70 | 13,653.58 |
| 08/25/14 | 10123 | MGD Industrial | Dividend paid 38.55% on $1,619.02; Claim# 20; Filed: $1,619.02; Reference: | 7200-000 | | 624.23 | 13,029.35 |
| 08/25/14 | 10124 | Going Garbage | Dividend paid 38.55% on $6,886.70; Claim# 21; Filed: $6,886.70; Reference: | 7200-000 | | 2,655.23 | 10,374.12 |
| 08/25/14 | 10125 | Strategic Materials Inc. | Dividend paid 38.55% on $17,654.10; Claim# 23; Filed: $17,654.10; Reference: | 7200-000 | | 6,806.69 | 3,567.43 |

Subtotals :        $0.00        $161,959.61

{} Asset reference(s)                                                           Printed: 11/07/2014 03:39 PM    V.13.15

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 12-83610 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | ONE SOURCE RECYCLING SERVICES OF WI | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***6284 | | Blanket Bond: | $598,000.00  (per case limit) |
| Period Ending: | 11/07/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/14 | 10126 | Weimer Bearing & Transmission, Inc. | Dividend paid 38.55% on $3,074.05; Claim# 24; Filed: $3,074.05; Reference: | 7200-000 | | 1,185.23 | 2,382.20 |
| 08/25/14 | 10127 | Central Rubber Company | Dividend paid 38.55% on $5,220.00; Claim# 25; Filed: $5,220.00; Reference: | 7200-000 | | 2,012.62 | 369.58 |
| 08/25/14 | 10128 | Pomp's Services Inc | Dividend paid 38.55% on $958.56; Claim# 26; Filed: $958.56; Reference: | 7200-000 | | 369.58 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 195,863.00 | 195,863.00 | $0.00 |
| Less: Bank Transfers | | 37,418.03 | 0.00 | |
| Subtotal | | 158,444.97 | 195,863.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $158,444.97 | $195,863.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******47-66 | 37,453.84 | 35.81 | 0.00 |
| Checking # ******4166 | 158,444.97 | 195,863.00 | 0.00 |
| | $195,898.81 | $195,898.81 | $0.00 |